MEADORS *v.* THE WESTERN UNION TELEGRAPH COMPANY.

ATKINSON, J.—The questions involved in this case being controlled by
the principles announced by the majority of the court in the case
of *Mathis* v. *Western Union Telegraph Co.*, 94 *Ga.* 338, and the ma-
jority of the court, as at this time constituted, concurring in the
majority opinion then expressed, the judgment of the court below
is                                                      *Reversed.*

Since the decision of this case in the lower court, the telegraph pen-
alty acts having been repealed, the public interests will not be sub-

served by an elaboration of the reasons which influence Justice ATKINSON to this conclusion, and therefore he files no opinion.

The Chief Justice, dissenting, adheres to his views as expressed in his dissenting opinion filed in the *Mathis* case.

October 5, 1895.   Argued at the last term.

Action for penalty.   Before Judge WESTMORELAND. City court of Atlanta.   March term, 1894.

GLENN & SLATON, for plaintiff.

DORSEY, BREWSTER & HOWELL, for defendant.